Form 3A
(10/05)

# United States Bankruptcy Court

### District Of ___Illinois___

In re _Zelma Warr_____,          Case No. _09-20075_

               Debtor

                                                     Chapter _13_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.   In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _274__ in installments.

2.   I am unable to pay the filing fee except in installments.

3.   Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4.   I propose the following terms for the payment of the Filing Fee.*

     $ _68.50_     Check one ☐ ☒ With the filing of the petition, or
                                ☐ On or before x _6-2-09_

     $ _68.50_     on or before x _7-2-09_

     $ _08.50_     on or before x _8-2-09_

     $ _68.50_     on or before x _9-2-09_

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUN 0 2 2009

KENNETH S. GARDNER, CLERK
PS REP: - DDS

*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. F. 1006(b)(2).

5.   I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  
Signature of Attorney        Date

x _Zelma Warr_____ _06-02-09_  
Signature of Debtor        Date  
(In a joint case, both spouses must sign.)

_____  
Name of Attorney

_____  
Signature of Joint Debtor (if any)        Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
### District Of _____ Illinois _____

In re⁺ _Zelma Wall_ _____     Case No. _09-20075_

            Debtor

                                           Chapter _13_

**ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS**

[☑] IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

[ ] IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$_____ Check one [ ] With the filing of the petition, or
                           [ ] On or before _____

$_____ on or before _____

$_____ on or before _____

$_____ on or before _____

[ ] IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court

Date: **JUN  2 2009** _____ .

_____
Kenneth S. Gardner Clerk of the Court